IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JOHNSON,

   Plaintiff,        No. CIV S-11-3361 GGH P

  vs.

RANDY GROUNDS, Warden, et al.,

   Defendants.      ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

    The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1    In this case, none of the defendants reside in this district.  The claim arose in
2 Monterey County, which is in the Northern District of California.  Therefore, plaintiff's claim
3 should have been filed in the United States District Court for the Northern District of California.
4 In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
5 correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.
6 1974).
7    Accordingly, IT IS HEREBY ORDERED that:
8    1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and
9    2. This matter is transferred to the United States District Court for the Northern
10 District of California.
11 DATED: December 23, 2011

                                      /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

GGH:mp
john3361.21